Eastern District of Kentucky
**F I L E D**

AUG 1 2 2021

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.                                             INDICTMENT NO. 21-49-DLB-CJS
                                               21 U.S.C. § 841(a)(1)

CHRISTOPHER R. DECKER

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 20, 2021, in Kenton County, in the Eastern District of Kentucky,

**CHRISTOPHER R. DECKER**

knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

_____

_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, a $1,000,000 fine, and at least 4 years of supervised release.

**If prior conviction for "serious drug felony" or "serious violent felony,"** not less than 10 years and not more than life imprisonment, not more than $8,000,000 fine, and at least 8 years of supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.